THE STATE OF OHIO, APPELLEE, *v.* COOPER, APPELLANT.

[Cite as *State v. Cooper* (1998), 83 Ohio St.3d 107.]

(No. 98–677—Submitted August 19, 1998—Decided September 16, 1998.)

*David H. Bodiker,* State Public Defender, and *Thomas R. Wetterer, Jr.,* Assistant Public Defender, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.